**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**KATRINA WITHERS**                                                                                         **PLAINTIFF**

**v.**                                        **No. 5:12CV123 KGB**

**ARKANSAS DEPARTMENT OF CORRECTION;
WARDEN STEPHEN WILLIAMS,**
in his official and personal capacities;
**ASSISTANT WARDEN TOMMY JAMES,**
in his official and personal capacities;
**CAPTAIN RONALD BAILEY,**
in his official and personal capacities;
**SERGEANT UNKNOWN FIRST NAME MAPLES,**
in his official and personal capacities;
**LIEUTENANT DAVID KNOTT,**
in his official and personal capacities;
**ARKANSAS DEPARTMENT OF CORRECTION
BOARD OF CORRECTIONS;
BENNY MAGNESS, in his official and personal capacities;
MARY PARKER, in her official and personal capacities;
BOBBY GLOVER, in his official and personal capacities;
DREW BAKER, in his official and personal capacities;
TYRONNE BROOMFIELD, in his official and personal capacities;
JOHN FELTS, in his official and personal capacities; and
JANIS WALMSLEY, in her official and personal capacities**                              **DEFENDANTS**

**JUDGMENT**

Judgment is entered consistent with the Court's Opinion and Order of this day. Plaintiff Katrina Withers's claims under the Uniformed Services Employment and Reemployment Rights Act, 38 U.S.C. § 4301 *et seq.*, and Title II of the Americans with Disabilities Act, 42 U.S.C. § 12131 *et seq.*, as against all defendants are dismissed. The Court declines to exercise jurisdiction over Ms. Withers's claims under the Arkansas Civil Rights Act, Ark. Code Ann. § 16-123-101 *et seq.* ("ACRA"). The period of limitations on Ms. Withers's ACRA claims is tolled under 28 U.S.C. § 1367(d) for 30 days after entry of this judgment, unless Arkansas gives a longer tolling period.

DATED this 29th day of March, 2013.

_____
Kristine G. Baker
United States District Judge